**Dale Frank MAISANO, Plaintiff–Appellant,**

v.

**TRANS CAR INC., Defendant–Appellee.**

No. 07–56860.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 25, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dale Frank Maisano, Yuma, AZ, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Dale Frank Maisano, an Arizona state prisoner, appeals pro se from the district court's order denying his application to proceed in forma pauperis. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990), and we affirm.

The district court did not abuse its discretion by denying Maisano's application because he failed to submit the required six-month prisoner trust fund account statement. *See* 28 U.S.C. § 1915(a)(2); *Page v. Torrey,* 201 F.3d 1136, 1139 (9th Cir.2000) ("[P]risoner-plaintiffs seeking to proceed in forma pauperis [must] submit a certified copy of their prisoner trust fund

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

account statement for the previous six months.").

**AFFIRMED.**